# Exhibit A

| | Kantonspolizei St.Gallen | | | |
|---|---|---|---|---|
| Geschäfts-Nr. Journal-Nr. | 120501 038 | ABI-Nr. Ripol-Nr. | SG 2012 4 2994 | Rapportstatus abgeschlossen Rechnungscode O |
| Rapport von Dienststelle | Kpl Geisser Lukas Auftragsdienst | | | Rapportdatum 03.05.2012 |

| | |
|---|---|
| Betrifft | **Zustellung** |
| in Sachen | Vorladung zu Gericht<br>Ersetzende Anklageschrift<br>des Bundesbezirksgerichts der Vereinigten Staaten für den Gerichtsbezirk Süd von New York<br>Ref.: Fall-Nr. S1 12 Cr. 02 (JSR) |
| Beteiligte/r | **WEGELIN & CO.**, 9000 St. Gallen, Museumstrasse 1, c/o Wegelin & Co. Privatbankers<br>Telefon Geschäft: 071 242 50 00<br>Identität: polizeilich geprüft<br><br>vertreten durch<br>**Hummler** Konrad, geb. ▆▆▆ 1953, Jurist, ▆▆▆▆▆▆▆▆ |
| zuhanden | **Bundesamt für Justiz**, Bundesrain 20, 3003 Bern<br>Hilfiker Alexander |

## Sachverhalt

Gegen Unterzeichnung der beiliegenden Empfangsbescheinigung konnten die Vorladung und die ersetzende Anklageschrift am Mittwoch, 02. Mai 2012, 10.05 Uhr, in St. Gallen, an Hummler Konrad, als Vertreter der Firma Wegelin & Co., ausgehändigt werden.

Kpl Geisser Lukas

**Beilagen**
1  Auftrag mit Beilagen
1  Empfangsbescheinigung
1  Zustellungsbescheinigung (Vorladung, E und D)

**Kopien an**
Kdo SG

**Cantonal Police St.Gallen**



| | | | | |
|---|---|---|---|---|
| File # | 120501 038 | ABI # | SG 2012 **4** 2994 | Report status   Closed |
| Journal # | | Ripol # | _____ | Billing code   0 |

| | |
|---|---|
| Report by | Cpl Geisser Lukas |
| Agency | Outsourced service |

| | |
|---|---|
| Report date | May 3, 2012 |

| | |
|---|---|
| Regarding | **Service** |
| In the matter of | Court summons<br>Superseding indictment<br>From the Federal District Court of the United States for the District of Southern New York<br>Ref.: File # S1 12 Cr. 02 (JSR) |
| Party | **WEGELIN & CO.**, 9000 St. Gallen, Museumstrasse 1, c/o Wegelin & Co. Privatbankers<br>Phone: Office: 071 242 50 00<br>Identity: verified by the police |
| | Represented by<br>**Hummler** Konrad, DIB ▓▓▓▓▓ 1953, Attorney, ▓▓▓▓▓▓▓▓▓▓ |
| Attn. | **Bundesamt für Justiz,** Bundesrain 20, 3003 Bern<br>Hilfiker Alexander |

**Facts of the Case**

As evidenced by the signature on the enclosed notice of receipt, the summons and the superseding indictment were served on Wednesday, May 2, 2012, at 10:05 AM in St. Gallen, to Hummler Konrad, as the representative of Wegelin & Co.

Cpl Geisser Lukas

**Attachments**
1 Order with attachments
1 Notice of receipt
1 Delivery record (summons, E and D)

**Copies to**
Kdo SG

Please leave empty

# Exhibit B

Kantonspolizei St.Gallen 

St. Gallen, 02.05.2012

| | | |
|---|---|---|
| Kontaktperson | Kpl Lukas Geisser | Wegelin & Co. |
| Dienststelle | Auftragsdienst | z.Hd. Hummler Konrad |
| Direktwahl | 058 229 37 57 | c/o Wegelin & Co. Privatbankers |
| Direkte Fax-Nr. | 058 229 76 40 | Museumstrasse 1 |
| E-Mail | lukas.geisser@kapo.sg.ch | 9000 St. Gallen |

# Empfangsbescheinigung

Der/die Unterzeichnende bestätigt hiermit,

1   **Vorladung**, des Bundesbezirksgericht der Vereinigten Staaten, Gerichtsbezirk Süd des Bundesstaates New York, dat. vom 10.04.2012 im Fall-Nr. S1 12 Cr. 02 (JSR)
Vorladung und Übersetzung in Deutsch

1   **Ersetzende Anklageschrift**, des Bundesbezirksgericht der Vereinigten Staaten, Gerichtsbezirk Süd des Bundesstaates New York, im Fall-Nr. S1 12 Cr. 02 (JSR)
Kopie und Übersetzung in Deutsch

durch die Kantonspolizei St. Gallen erhalten zu haben.

Ausgehändigt durch

Kantonspolizei St.Gallen
Auftragsdienst
Kpl Geisser Lukas

Empfänger/-in

Konrad Hummler

**Cantonal Police St. Gallen** 

St. Gallen, May 2, 2012

| | | |
|---|---|---|
| Contact | Cpl Lukas Geisser | Wegelin & Co. |
| Agency | Outsourced service | Attn: Hummler Konrad |
| Direct ext. | 058 229 37 57 | c/o Wegelin & Co. Privatbankers |
| Direct fax | 058 229 76 40 | Museumstrasse 1 |
| E-Mail | lukas.geisser@kapo.sg.ch | 9000 St. Gallen |

## Notice of Receipt

The undersigned hereby confirms having received from the Cantonal Police St. Gallen,

1       **Summons,** from the Federal District Court of the United States for the District of Southern New York, dated April 10, 2012 for case # S1 12 Cr. 02 (JSR) Summons and translation into German

1       **Superseding Indictment,** from the Federal District Court of the United States for the District of Southern New York for case # S1 12 Cr. 02 (JSR)
Copy and translation into German.

Served by                                                                                           Recipient

[Stamp:
**Cantonal Police St. Gallen**
Outsourced Service
Cpl. Geisser, Lukas]
//signature//                                                                                    //signature//
                                                                                                            Konrad Hummler

# Exhibit C

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
| v. | ) |
| WEGELIN & CO. | ) |
| | ) Case No. S1 12 Cr. 02 (JSR) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | United States Courthouse, 500 Pearl Street, New York, New York 10007 | Courtroom No.: 14B |
| --- | --- | --- |
| | | Date and Time: 05/23/2012 4:00 pm |

This offense is briefly described as follows:
conspiracy, 18 U.S.C. § 371

Date: 04/10/2012

_____
*Issuing officer's signature*

The Honorable Jed S. Rakoff, United States District Judge
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: 2.05.2012

Kantonspolizei St.Gallen
Auftragsdienst
*Server's signature*

GEISSER
*Printed name and title*

AO 83 (Rev 06/09) Summons in a Criminal Case (Page 2)

Case No. S1 12 Cr. 02 (JSR)

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _Hummler  Konrad  (Wegelin & Co.)_

Last known residence: ███████████████████████████  _Teufen   CH_

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _Wegelin & Co._

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* _26.04.2012_ .

☒ I personally served the summons on this defendant _Wegelin & Co. / Hummler_ at
*(place)* _St Gallen (CH)_   on *(date)* _2.05 2012_ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____,
who is authorized to receive service of process on behalf of *(name of organization)* _____
on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: _2.05 2012_

Kantonspolizei St.Gallen
Auftragsdienst
*Server's signature*

GEISSER
*Printed name and title*

Remarks:

AO 83 (Rev. 06/09) Ladung in einem Strafrechtsfall

## BUNDESBEZIRKSGERICHT DER VEREINIGTEN STAATEN
für den
Gerichtsbezirk Süd von New York

| | |
|---|---|
| Vereinigte Staaten von Amerika ) | |
| gegen ) | |
| WEGELIN & CO. ) | Fall-Nr. S1 12 Cr. 2 (JSR) |
| _Beklagter_ ) | |

### LADUNG IN EINEM STRAFRECHTSFALL

**SIE WERDEN HIERMIT GELADEN**, am unten angegebenen Datum, zur unten angegebenen Uhrzeit und am unten angegebenen Ort vor dem Bezirksgericht der Vereinigten Staaten zu erscheinen, um sich auf der Grundlage der folgenden beim Gericht eingereichten Schriftsätze für eine oder mehrere Straftaten oder Verstösse zu verantworten:

☐ Anklageschrift  ☑ Ersetzende Anklageschrift  ☐ Anklageschrift (ohne Anklagejury)  ☐ Ersetzende Anklageschrift (ohne Anklagejury)  ☐ Beschwerdeschrift  ☐ Antrag wegen eines Verstosses gegen Bewährungsauflagen  ☐ Antrag wegen eines Verstosses gegen die Führungsaufsicht bei Entlassung  ☐ Bescheid wegen eines Gesetzesverstosses  ☐ Gerichtliche Anordnung

| Ort: | United States Courthouse, 500 Pearl Street, New York, New York 10007 | Gerichtssaal: 14B |
|---|---|---|
| | | Datum und Uhrzeit: 23.05.2012 16:00 |

Kurzbeschreibung dieser Straftat:
Verschwörung, 18 U.S.C., § 371

Datum: _____10.04.2012_____        _<Unterschrift>_
                                   _Unterschrift des ausstellenden Beamten_

                                   Jed S. Rakoff, US-Richter, S.D.N.Y.
                                   _Name und Titel in Druckschrift_

---

Ich erkläre unter Strafandrohung für Meineid, dass ich:

☐ diese Ladung vollzogen und vorgelegt habe wurde        ☐ diese Ladung vorgelegt habe, ohne dass sie vollzogen

Datum: _7.05.2012_                 Kantonspolizei St.Gallen
                                   Auftragsdienst
                                   _Unterschrift des Zustellungsbeamten_

                                   GEISSER
                                   _Name und Titel in Druckschrift_

AO 83 (Rev. 06/09) Ladung in einem Strafrechtsfall (Seite 2)

Fall-Nr. S1 12 Cr. 2 (JSR)

**Diese zweite Seite enthält der Identifizierung von Personen dienliche Merkmale und sollte daher nur in versiegeltem Zustand zusammen mit der Ladung bei Gericht eingereicht werden** *(nicht zur öffentlichen Bekanntgabe)*

ZUSTELLUNGSINFORMATIONEN

Name des Beklagten/Straftäters: _Hummler Konrad (Wegelin & Co)_

Letzter bekannter Wohnsitz: _____ _Schweiz CH_

Gewöhnlicher Aufenthaltsort *(falls nicht mit Wohnsitzanschrift identisch)*: _____

Wenn der Beklagte eine Organisation ist, Namen und Anschriften der leitenden Angestellten oder Handlungsbevollmächtigten angeben, die gesetzlich zur Annahme der zugestellten Ladung berechtigt sind:

_Wegelin & Co._

Wenn der Beklagte eine Organisation ist, die letzte bekannte Adresse innerhalb des Gerichtsbezirks bzw. den Hauptgeschäftssitz an anderer Stelle in den Vereinigten Staaten angeben: Richard Strassberg, Esq. (Anwalt für Wegelin & Co.), Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018

ZUSTELLUNGSNACHWEIS

Diese Ladung wurde von mir am *(Datum)* _26.04.2012_ entgegengenommen.

☒ Ich habe die Ladung diesem Beklagten _Wegelin & Co. / Hummler_ in *(Ort)* _St. Gallen (CH)_ am *(Datum)* _2.05 2012_ zugestellt, oder

☐ ich habe die Ladung am *(Datum)* _____ am Wohnsitz der betreffenden Person oder ihrem gewöhnlichen Aufenthaltsort bei *(Name)* _____, einer dort wohnhaften Person von ausreichendem Alter und Urteilsvermögen, hinterlassen, und ich habe eine Kopie an die letzte bekannte Adresse des Betreffenden geschickt, oder

☐ ich habe am *(Datum)* _____ eine Kopie der Ladung an *(Name der Person)* _____ übergeben, der/die zur Annahme einer Ladung im Auftrag von *(Name der Organisation)* _____ befugt ist, und ich habe eine Kopie an die letzte bekannte Adresse der Organisation innerhalb des Gerichtsbezirks bzw. den Hauptgeschäftssitz an anderer Stelle in den Vereinigten Staaten geschickt, oder

☐ die Ladung wurde wieder vorgelegt, ohne dass sie vollzogen wurde, weil: _____

Ich erkläre unter Strafandrohung für Meineid, dass diese Angaben der Wahrheit entsprechen.

Datum der Vorlage: _2.05 2012_       Kantonspolizei St.Gallen
                                      Auftragsdienst
                                      *Unterschrift des Zustellungsbeamten*

                                      GEISSER
                                      *Name und Titel in Druckschrift*

Bemerkungen