UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>WEGELIN & CO.,<br><br>        Defendant. | 12-cr-2 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Mr. Robert C. Bass has submitted to the Court an application seeking $3.5 million that he alleges was wrongfully forfeited by the Government in connection with proceedings against Wegelin & Co. Although Mr. Bass never made a formal motion, the Court nevertheless docketed his submission, see ECF No. 79, and because he is proceeding pro se, construed it as the aforementioned application. The Court then asked the Government to respond, which it did by letter dated February 12, 2024. See ECF No. 81.

    Upon careful consideration, the Court hereby denies Mr. Bass's application for essentially the reasons stated in the Government's letter.

    SO ORDERED.

New York, NY
February 20, 2024

                                                  JED S. RAKOFF, U.S.D.J.