UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

WEGELIN & Co.,

       Defendant.

12-cr-2 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On March 1, 2024, Mr. Robert C. Bass submitted a motion for reconsideration of the Court's denial of his application seeking $3.5 million that he alleges was wrongfully forfeited by the Government in connection with proceedings against Wegelin & Co. See ECF No. 85. The Government filed its opposition by letter dated March 19, 2024. See ECF No. 86. Upon careful consideration of the parties' written submissions, the Court hereby denies the motion for reconsideration for the reasons stated in the Government's opposition.

The Clerk of Court is respectfully directed to close docket entry number 85.

    SO ORDERED.

New York, NY
April 8, 2024

                                                 JED S. RAKOFF, U.S.D.J.