UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WEGELIN & CO.,

Defendant.

12-cr-02-04 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On December 23, 2024, this Court received an ex parte letter from Robert Bass, a non-lawyer proceeding pro se, requesting leave to file a motion in this case under Federal Rule of Civil Procedure 60(b). That letter has since been filed on the public docket. See ECF No. 91.

The Court understands that Mr. Bass is dissatisfied with the final order of forfeiture in the above-captioned case, which was entered over ten years ago. See ECF No. 25. However, Mr. Bass, not being a lawyer, apparently does not understand that Rule 60(b) relates to civil cases, whereas this is a criminal case involving a criminal forfeiture. Moreover, even if Rule 60(b) was somehow applicable, Mr. Bass's proposed motion would be untimely. As Rule 60(c) makes clear, "[a] motion under Rule 60(b) must be made . . . no more than a year after the entry of the judgment or order or the date of the proceeding." Fed. R. Civ. P. 60(c). Accordingly, Mr. Bass's request for leave to file a motion under Rule 60(b) is hereby denied.

This is, moreover, only the latest of many unsuccessful attempts by Mr. Bass to challenge the final order of forfeiture by filing motions that have been found both by this Court and the Court of

1

Appeals to be totally without merit. See ECF Nos 79, 83, 85. While the Court recognizes that Mr. Bass feels strongly about this matter, at some point he needs to accept the rule of law. Accordingly, the Court will no longer accept or consider any further submissions from Mr. Bass in the above-captioned case. The Clerk of Court is directed to close ECF Nos. 79, 83, and 91.

    SO ORDERED.

New York, NY
1/14, 2025

                                          JED S. RAKOFF, U.S.D.J.