UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>WEGELIN & CO.,<br><br>Defendant. | 12-cr-02-04 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

The Court is in receipt of a motion from non-party Robert Bass requesting that the Court unseal certain records in this case. The Government is directed to respond to the motion no later than August 10.

SO ORDERED.

Dated: New York, NY
July 10, 2026

JED S. RAKOFF, U.S.D.J.