UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>WEGELIN & CO.,<br><br>Defendant. | 12-cr-02-04 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

In contravention of this Court's Individual Rules of Practice 1(a) and 2(a), Robert Bass called the Court's Chambers on August 10, 2026, *ex parte*, and when reminded by the Court's law clerk that such communication was improper, responded in a reportedly belligerent and wholly improper fashion. Following Mr. Bass's verbal harassment of the Court's law clerk, and without receiving the Court's permission, Mr. Bass then filed a "letter motion request to intervene" in this case that was otherwise closed years ago, again in contravention of the Court's rules. *See* Individual Rule 2(b).

Regrettably, this is also consistent with Mr. Bass's years-long pattern of filing untimely and frivolous motions purportedly related to this case, which led the Court to issue an Order of January 14, 2025 stating that "the Court will no longer accept or consider any further submissions from Mr. Bass in the above-

captioned case." ECF No. 92. Accordingly, the Clerk of the Court is directed to remove from the docket the aforementioned motion.[1] Mr. Bass is advised, moreover, that pro se status is not an excuse for either violation of the Court's rules and orders or the exercise of blatant incivility, and that any further such misconduct may subject him to sanctions.

SO ORDERED.

Dated: New York, NY

August 12, 2026

JED S. RAKOFF, U.S.D.J.

---

[1] The Court did, however, permit Mr. Bass to file a motion to unseal certain documents in this case, see ECF Nos. 97-98, 101, because of the public interest in having previously sealed records be unsealed when the reason for sealing no longer applies. The Government has now consented to the motion. See ECF No. 101. Accordingly, the Clerk is directed to unseal the following documents: ECF Nos. 28-31 and 34-38.